

2002 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-27-2002

# Askey v. Comm PA Dept Welfare

Precedential or Non-Precedential: Non-Precedential

Docket No. 02-1721

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2002

Recommended Citation

"Askey v. Comm PA Dept Welfare" (2002). *2002 Decisions.* Paper 780.
http://digitalcommons.law.villanova.edu/thirdcircuit_2002/780

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2002 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 02-1721

JOHN W. ASKEY;
BARBARA ASKEY,

Appellants

v.

COMMONWEALTH OF PENNSYLVANIA DEPARTMENT
OF PUBLIC WELFARE

Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civil Action No. 01-cv-000640)
District Judge: Honorable William L. Standish

Submitted Under Third Circuit LAR 34.1(a)
November 21, 2002

Before: BARRY and AMBRO, <u>Circuit Judges</u>
DOWD*, <u>District Judge</u>

(Opinion filed : November 27, 2002)

OPINION

_____

*Honorable David D. Dowd, Jr., United States District Judge for the Northern District of
Ohio, sitting by designation.

AMBRO, <u>Circuit Judge</u>

The appellants, John and Barbara Askey, filed in the United States Bankruptcy Court for the Western District of Pennsylvania this adversary proceeding against the appellee, the Commonwealth of Pennsylvania Department of Public Welfare ("DPW"). The DPW filed a motion to dismiss, asserting Eleventh Amendment sovereign immunity from the lawsuit. The Bankruptcy Court granted the motion to dismiss on this ground, and the District Court affirmed. As those Courts recognized, this case is controlled by our decision in *In re Sacred Heart Hosp. of Norristown*, 133 F.3d 237 (3d Cir. 1998), and so we also affirm.

We further agree with the District Court's conclusion that, because the Askeys did not attempt in the Bankruptcy Court to amend their complaint to sue for prospective injunctive relief from the Secretary of the DPW in his official capacity, they waived the *Ex Parte Young*, 209 U.S. 123 (1908), argument that they now seek to present.

Accordingly, we affirm the dismissal of this adversary proceeding.

TO THE CLERK:

Please file the foregoing Opinion.

By the Court,

   /s/ Thomas L. Ambro
Circuit Judge